**No. 63119.**—C. T. Takahashi & Co., Inc. *v.* United States, protest 58/8160 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiff was sustained.